UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————

1199/SEIU UNITED HEALTHCARE WORKERS
EAST,

                    Plaintiff,

          - against -

SOUTH BRONX MENTAL HEALTH COUNCIL
INC.,

                    Defendant.

———————————————————

```
┌────────────────────────────────┐
│ USDS SDNY                      │
│ DOCUMENT                       │
│ ELECTRONICALLY FILED           │
│ DOC #: _____       │
│ DATE FILED: 3/4/2014           │
└────────────────────────────────┘
```

13 Civ. 2608 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Freeman dated February 14, 2014.  No objections to the Report and Recommendation have been filed and the time for any objections has passed.  In any event, the Court finds that the Report and Recommendation is thorough and well-reasoned.  The Court therefore **adopts** the Report and Recommendation.

Therefore, the Clerk is directed to enter Judgment in favor of the petitioner and against the defendant in the amount of $1,465,315.34, with prejudgment interest at the rate of 9% from April 6, 2013, together with an award of $495 in litigation costs.

The petitioner's application for attorneys' fees is **denied** without prejudice to renewal.  Any renewed application should address the issues raised in the Report and Recommendation.

The Clerk is directed to close all pending motions.

SO ORDERED.

Dated:     New York, New York
           March 3, 2014

                              _____
                                     John G. Koeltl
                              United States District Judge